UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ERIC C. GARVIN,**

  Plaintiff,       Case No. 2:20-cv-2566
 v.             **JUDGE EDMUND A. SARGUS, JR.**
                Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

  Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 1, 2021. (ECF No. 26). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **REVERSES** the Commissioner of Social Security's non-disability finding and **REMANDS** this case to the Commissioner and the ALJ for further consideration consistent with the adopted Report and Recommendation.

  **IT IS SO ORDERED.**

**6/21/2021**                **s/Edmund A. Sargus, Jr.**
**DATE**                 **EDMUND A. SARGUS, JR.**
                    **UNITED STATES DISTRICT JUDGE**